IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| G&G CLOSED CIRCUIT EVENTS, LLC, as Broadcast Licensee of the July 30, 2011 Strikeforce: Emelianeko/ Henderson Fight Program,<br><br>Plaintiff,<br><br>vs.<br><br>RICHARD DAVILA, individually and d/b/a DIVINE LINE TATTOO; and DOUGLAS BILLIAN, individually and d/b/a DIVINE LINE TATTOO,<br><br>Defendants. | § § § § § § § § § § § § § § § § § § | CV. NO. 5:14-CV-687-DAE |

## JUDGMENT

For the reasons stated in the Court's Order (Dkt. # 19), the Court **ADOPTS** the Magistrate Judge's Memorandum and Recommendations (Dkt. # 13), and thereby **GRANTS** Plaintiff's Motion for Default Judgment (Dkt. # 8).

Accordingly, it is therefore **ORDERED** that judgment be entered in favor of Plaintiff against Douglas Billian, individually and d/b/a Divine Line Tattoo, in the following amounts:

(1)   $10,000.00 in statutory damages pursuant to 47 U.S.C.

1

§ 605(e)(3)(C)(i)(II);

(2) $50,000.00 in additional damages pursuant to 47 U.S.C. § 605(e)(3)(ii);

(3) $20,000.00 in attorneys' fees pursuant to 47 U.S.C. §§ 553(c)(2)(C) and 605(e)(3)(B)(iii); and

(4) Costs.

Plaintiff is awarded post-judgment interest at the currently effective rate on the amounts awarded from the date of this Judgment until paid. All writs and process for the enforcement and collection of this judgment may issue as necessary.

**IT IS SO ORDERED.**

**DATED**: San Antonio, Texas, February 27, 2015.

_____
David Alan Ezra
Senior United States Distict Judge